387 U.S. 573
 87 S.Ct. 2069
 18 L.Ed.2d 965
 ALUMINUM CO. OF AMERICA et al.
v.
UNITED STATES et al.
 No. 1159.
 Supreme Court of the United States
 June 5, 1967
 
 Dickson R. Loos, for appellants.
 Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane and Leonard S. Goodman for the United States and others.
 Harry B. LaTourette and Robert H. Stahlheber, for rail carrier appellees.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.
 
 
 2
 Mr. Justice HARLAN took no part in the consideration or decision of this case.